ORIGINAL

In the United States District Court

for the _____ District of Maryland

United States of America

v.

Patrich Giles

CR 03-00521 HG

Criminal No. MJG-02-0493

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 28 2003

at 10 o'clock and 08 min. __ M.
WALTER A. Y. H. CHINN, CLERK

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, Patrich Giles, defendant, have been informed that a indictment (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead guilty (guilty, nolo contendere) to the offense charged, to consent to the disposition of the case in the District of Hawaii in which I am held (am under arrest, am held) and to waive trial in the above captioned District.

Dated: AUGUST 21, 2003 at HONOLULU

_____
(Defendant) Patrich Giles

_____
(Witness)

_____
(Counsel for Defendant)

Approved

_____
United States Attorney for the
District of
Hawaii

_____
United States Attorney for the
District of
Maryland

FORM USA-150
SEP 82

# United States District Court
## District of Maryland

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| v. | |
| PATRICH GILES | Case No. MJG-02-CR-0493 |

TO: The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **PATRICH GILES**
*Name*

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with *(brief description of offense)*: CONSPIRACY TO DISTRIBUTE COCAINE

in violation of Title  **21**  United States Code, Section(s)  **846**

| | |
|---|---|
| Felicia C. Cannon | Clerk, U.S. District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* | November 19, 2002   Baltimore, MD |
| (By) Deputy Clerk | Date and Location |
| Bail fixed at $ _____ | by U.S. Magistrate Judge Paul W. Grimm |
| | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

U.S. DISTRICT COURT (Rev. 12/1999) - Bench Warrant



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. MJG-02-0493 |
| PATRICH GILES | : | |

...oOo...

MR. CLERK:

Please issue a Bench Warrant for the arrest of the above-named defendant, who is charged by Indictment with violation of Title 21, United States Code, Section 841, and who is presently incarcerated at the Federal Detention Center, Honolulu, Hawaii (808) 541-2850 ext. 271.

Thomas M. DiBiagio
United States Attorney

By: _____
Jonathan P. Luna
Assistant United States Attorney

ORDER

It is this ___ day of November, 2002, hereby

ORDERED, that a Bench Warrant be issued for the arrest of the above-named defendant as prayed.

_____
Magistrate Judge
U.S. District Court for the
District of Maryland



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA         *

　　　v.                          *      NO. MJG-02-0493

SEAN THOMPSON                    *
ROGELIO REYES LLAMADO
PATRICH GILES                    *

....oOo....

### MOTION TO SEAL

The United States of America by and through its attorneys, Thomas M. DiBiagio, United States Attorney for the District of Maryland and Jonathan P. Luna, Assistant United States Attorney for said District, hereby moves this Court to seal the Indictment relative to the above-mentioned case until further order of the Court in that it concerns and is part of an on-going investigation. Should certain individuals who are being investigated become aware of the matters being probed it could endanger the outcome.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　Thomas M. DiBiagio
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　Jonathan P. Luna
　　　　　　　　　　　　　　　Assistant United States Attorney


It is so ORDERED.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　United States Magistrate Judge

11-7-02
Date



USAO#2002R01227

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          * CRIMINAL NO. MJG-02-0493

v.                                *  (Conspiracy to Distribute
                                     Cocaine, 21 U.S.C. 846)
SEAN THOMPSON                     *
ROGELIO REYES LLAMADO
PATRICH GILES                     *

...oooOooo...

### INDICTMENT

The Grand Jury for the District of Maryland charges:

From in or about March 2002 until in or about April 18, 2002 in the State and District of Maryland and elsewhere,

SEAN THOMPSON
ROGELIO REYES LLAMADO
PATRICH GILES

the defendants herein, willfully, knowingly and unlawfully did combine, conspire, confederate and agree with each other and with persons known and unknown to the grand jury to distribute and to possess with intent to distribute more than 500 grams of cocaine, a Schedule II narcotic controlled substance in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

_____
Thomas M. DiBiagio
United States Attorney

A TRUE BILL:

_____
Foreperson

10/16/03

November 7, 2002

SEALED

# U.S. District Court
## District of Maryland (Baltimore)
### CRIMINAL DOCKET FOR CASE #: 1:02-cr-00493-MJG-3
Internal Use Only

**Case title:** USA v. Thompson, et al  
**Other court case number(s):** None  
**Magistrate judge case number(s):** None

**Date Filed:** 11/07/02

**Assigned to:** Judge Marvin J. Garbis  
**Referred to:**

**Defendant(s)**

---

**Sealed Defendant #3** (3)  
*TERMINATED: 10/15/2003*

| Pending Counts | Disposition |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE COCAINE (1) | Transferred to U.S. District Court of Hawaii |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

USA      represented by     **Jonathan P Luna**
Office of the United States Attorney
U S Courthouse Federal Garmatz Bldg
101 W Lombard St Sixth Fl
Baltimore, MD 21201
14102094800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas M DiBiagio**
Office of the United States Attorney
U S Courthouse Federal Garmatz Bldg
101 W Lombard St Sixth Fl
Baltimore, MD 21201
14102094800
Fax : 4109620122

| Filing Date | # | Docket Text |
|---|---|---|
| 11/07/2002 | 1 | SEALED INDICTMENT as to Sealed Defendant #1 (1) count(s) 1, Sealed Defendant #2 (2) count(s) 1, Sealed Defendant #3 (3) count(s) 1 (jlb, Deputy Clerk) (Entered: 11/08/2002) |
| 11/07/2002 | 2 | MOTION by USA as to Sealed Defendant #1, Sealed Defendant #2, Sealed Defendant #3 to Seal Indictment . (jlb, Deputy Clerk) (Entered: 11/08/2002) |
| 11/07/2002 | 2 | ORDER GRANTING [2-1] motion of USA to Seal Indictment as to Sealed Defendant #1 (1), Sealed Defendant #2 (2), Sealed Defendant #3 (3) ( Signed by Magistrate Judge James K. Bredar 11/7/02 ) (jlb, Deputy Clerk) (Entered: 11/08/2002) |
| 11/07/2002 |  | **Added Government Attorney Thomas M DiBiagio, Jonathan P Luna as to Sealed Defendant #1, Sealed Defendant #2, Sealed Defendant #3 (jlb, Deputy Clerk) (Entered: 11/08/2002) |
| 11/19/2002 | 9 | ORDER as to Sealed Defendant #3, for issuance of BENCH warrant ( Signed by Magistrate Judge Paul W. Grimm 11/19/02) (jlb, Deputy Clerk) (Entered: 11/19/2002) |
| 11/19/2002 | 10 | BENCH WARRANT issued as to Sealed Defendant #3 (jlb, Deputy Clerk) (Entered: 11/19/2002) |
| 02/20/2003 |  | **Address labels only (jlb, Deputy Clerk) (Entered: 02/20/2003) |
| 10/15/2003 | 30 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to U.S. District Court of Hawaii Counts closed as to Sealed Defendant #3 (3) Count 1. (jlbs, Deputy Clerk) (Entered: 10/16/2003) |
| 10/16/2003 | 31 | Certified Copy of Docket Entries and all original papers on file mailed to U.S. District Court of Hawaii. ( jlbs, Deputy Clerk) (Entered: 10/16/2003) |

10/16/03

By _____ Deputy