FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 14 2008

at 4 o'clock and 30 min ____ M
SUE BEITIA, CLERK

PROB 22
(Rev. 2/88)

**ORIGINAL**

## TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
CR 01-00160SOM-08 and CR 03-00521SOM-01

DOCKET NUMBER (Rec. Court)
CR07-1425 VBF

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| PATRICH GILES, aka "P-Dog" | District of Hawaii | Honolulu |
| | NAME OF SENTENCING JUDGE | |
| | SUSAN OKI MOLLWAY | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/5/2007  TO 10/4/2012 |

**OFFENSE**

Case No. CR 01-00160SOM-08: Count 1 - Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 50 Grams of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, a Class A felony and Case No. CR 03-00521SOM-01: Conspiracy to distribute and Possess With Intent to Distribute More Than 500 Grams of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846, a Class B felony

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California (Long Beach)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/28/07
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Central District of California (Long Beach)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 21, 2007
Effective Date

ALICEMARIE H. STOTLER
Chief United States District Judge