# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

January 24, 2008

Office of the Clerk
United States District Court
Central District of California - Western Division
312 North Spring Street, G-8
Los Angeles, CA 90012


RE: TRANSFER OF JURISDICTION
CR 03-00521 SOM
Your Case No. CR 07-1425 VBF
USA vs. Patrich Giles, aka "P-Dog"

Dear Sir:

Pursuant to the Order Transferring Jurisdiction, enclosed are the following:

(_____)   Certified Copy of the Criminal Complaint

(✔)   Certified Copy of Rule 20 documents received from the District of Maryland
      Copy of Indictment filed in the District of Maryland

(✔)   Certified Copy of Judgment In A Criminal Case

(✔)   Certified Copy of the Docket Sheet

(✔)   Certified Copy of the Transfer of Jurisdiction

Please acknowledge receipt on the copy of this letter and return.

Sincerely,
SUE BEITIA, Clerk
*[signature]*
Deputy Clerk

encl.
U.S. Probation - Honolulu, Hawaii


****************************************************************************

Receipt is acknowledged by:        Clerk, U.S. District Court


Dated: _____        By: _____