

**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

sue BEITIA
CLERK

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 06 2008
DISTRICT OF HAWAII

TEL (808) 541-1300
FAX (808) 541-1303

January 24, 2008

Office of the Clerk
United States District Court
Central District of California - Western Division
312 North Spring Street, G-8
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

RE:   TRANSFER OF JURISDICTION
      CR 03-00521 SOM
      Your Case No. CR 07-1425 VBF
      USA vs. Patrich Giles, aka "P-Dog"

Dear Sir:

Pursuant to the Order Transferring Jurisdiction, enclosed are the following:

(_____)   Certified Copy of the Criminal Complaint

(__✔__)   Certified Copy of Rule 20 documents received from the District of Maryland
           Copy of Indictment filed in the District of Maryland

(__✔__)   Certified Copy of Judgment In A Criminal Case

(__✔__)   Certified Copy of the Docket Sheet

(__✔__)   Certified Copy of the Transfer of Jurisdiction

Please acknowledge receipt on the copy of this letter and return.

Sincerely,
SUE BEITIA, Clerk
*[signature]*
Deputy Clerk

encl.
U.S. Probation - Honolulu, Hawaii

*****************************************************************

Receipt is acknowledged by:        Clerk, U.S. District Court


Dated: _____        By: _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
U.S. COURTHOUSE
LOS ANGELES, CALIFORNIA 90012-4797

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CR 01-1605om-08

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 06 2008
11:30 am
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD. RM C-338
HONOLULU, HI. 96850


